UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

t

|  |  |
|---|---|
| Purdue Pharma, L.P. et al**,** | ) ) ) |
| v. | ) **Civil Action No. 15-cv-13099-FDS** ) **(LEAD DOCKET NO.)** |
| Collegium Pharmaceutical, Inc.**,** | ) ) |
| Purdue Pharma, L.P. et al, | ) ) |
| v. | ) ) Civil Action No. 15-cv-13783-FDS ) (ORIGINAL DOCKET NO.) |
| Collegium Pharmaceutical, Inc., | ) ) |
| Purdue Pharma, L.P. et al, | ) ) ) |
| v. | ) ) Civil Action No. 15-cv-13624-FDS ) (ORIGINAL DOCKET NO.) |
| Collegium Pharmaceutical, Inc., | ) ) |

**SAYLOR, J.**

### ORDER OF CONSOLIDATION

The above-captioned cases, Purdue Pharma, L.P. et al v. Collegium Pharmaceutical, Inc., are hereby **ORDERED** consolidated under the **lead case, docket number 15-cv-13099-FDS** pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct.

**All future pleadings and submissions shall be filed only under the lead case number 15-cv-13099-FDS, and lead caption.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date:  March 1, 2016**     /s/ *F. Dennis Saylor, IV*
                             **F. Dennis Saylor, IV,  U.S.D.J.**